**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JIM KISER,<br><br>         Plaintiff,<br><br>vs.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>         Defendant. | Civil Action No.:  1:07-cv-02959<br><br>**DEFENDANT'S DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant, Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of my knowledge and belief, the following is a complete list of NPC's parent corporations and publically held companies that own 10% or more of NPC's stock:

1. Novartis Finance Corporation, a New York corporation;

2. Novartis Corporation, a New York corporation;

3. Novartis Holding, AG, a Swiss company; and

4. Novartis AG, a Swiss company, whose American Depository Shares are publically traded on the New York Stock Exchange.

5. Novartis AG indirectly owns a 100% interest in NPC.

Dated:  May 8, 2007                                    Respectfully submitted,

                                                    s/ Ethan D. Stein
                                                    Ethan D. Stein (ES-7130)
                                                    Diane E. Lifton (DL-9673)
                                                    GIBBONS P.C.
                                                    One Pennsylvania Plaza, 37th Floor
                                                    New York, NY 10119-3701
                                                    Phone: 212-613-2000
                                                    Fax: 212-333-5980
                                                    *Counsel for Defendant Novartis*
                                                    *Pharmaceuticals Corporation*

                                                    *Of counsel:*
                                                    Joe G. Hollingsworth
                                                    Donald W. Fowler
                                                    Katharine R. Latimer
                                                    Robert E. Johnston
                                                    SPRIGGS & HOLLINGSWORTH
                                                    1350 I Street, NW, Ninth Floor
                                                    Washington, D.C.  20005
                                                    Phone:  (202) 898-5800
                                                    Fax:  (202) 682-1639

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2007, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

>Daniel A. Osborn, Esq.
>Russel H. Beatie, Esq.
>Beatie and Osborn LLP
>521 Fifth Avenue, 34th Floor
>New York, NY  10175

I further certify that on May 8, 2007, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

| | |
|---|---|
| The Powell Law Firm, L.C.<br>269 South Beverly Drive<br>Suite 1156<br>Beverly Hills, CA  90212 | The Offices of Jeffrey C. Bogert<br>501 Colorado Boulevard<br>Suite 208<br>Santa Monica, CA  90401 |

>s/ Ethan D. Stein
>Ethan D. Stein